# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1458

_____

Marlin E. Jones,                                         *
                                                         *
              Appellant,                                 *
                                                         * Appeal from the United States
       v.                                                * District Court for the
                                                         * District of Nebraska.
Legal Aid of Nebraska; David M.                          *
Pantos, Executive Director of Legal                      * [UNPUBLISHED]
Aid of Nebraska; Jennifer Gaughan,                       *
Director of Litigation for Legal Aid                     *
of Nebraska,                                             *
                                                         *
              Appellees.                                 *

_____

Submitted: May 4, 2011
Filed: May 13, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Marlin E. Jones appeals the district's court's[1] order denying post-judgment motions in his lawsuit alleging violations of federal and state law. We find no basis

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

for overturning the order.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Jones's pending motions for counsel and for copies of district court documents.

_____